IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02112-WDM-BNB

MICHAEL MCCARTHY,

      Plaintiff,

v.

COUNTY OF WELD, COLORADO; et al.,

      Defendants.

---

## NOTICE OF DISMISSAL

---

      The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

      DATED at Denver, Colorado, on January 11, 2007.

                        BY THE COURT:


                        s/ Walker D. Miller
                        United States District Judge

PDF FINAL